Mark D. Kemple (State Bar No. 145219)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539
Email: mkemple@jonesday.com

Catherine Nasser (State Bar No. 246191)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
Email: cnasser@jonesday.com

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP., a New York Corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. CV 09-03683-MHP<br><br>STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Pursuant to Local Rule 6-1(a), Plaintiff Lee Kemp ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate to an extension of time for Defendant to move, plead, or otherwise respond to Plaintiff's First Amended Complaint filed on September 15, 2009. The parties hereby stipulate and agree that Defendant shall have until December 7, 2009, to move, plead, or

otherwise respond to the First Amended Complaint. This extension will not alter the date of any event or deadline already fixed by the Court.

**IT IS SO STIPULATED.**

Dated: September 24, 2009

JONES DAY

By: _____
Catherine S. Nasser
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

Dated: September 24, 2009

THIERMAN LAW FIRM, PC

By: _____
Mark R. Thierman
Attorneys for Plaintiff
LEE KEMP

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA