| | |
|---|---|
| Catherine Nasser (State Bar No. 246191)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone:    (415) 626-3939<br>Facsimile:    (415) 875-5700<br>Email: cnasser@jonesday.com<br><br>Matthew W. Lampe (admitted *pro hac vice*)<br>mwlampe@jonesday.com<br>Wendy C. Butler (admitted *pro hac vice*)<br>wbutler@jonesday.com<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br><br>Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION | Mark R. Thierman Cal SB# 72913<br>THIERMAN LAW FIRM, PC<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Tel: (775) 284-1500<br><br>Scott A. Miller, Esq., SB # 230322<br>LAW OFFICE OF SCOTT A. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd. Suite 1200<br>Encino, CA 91436<br>Tel.: (818) 788-8081<br><br>Steven L. Miller, Esq., SB # 106023<br>LAW OFFICE OF STEVEN L. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd. Suite 1200<br>Encino, CA 91436<br>Tel.: (818) 986-8900<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,**<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORP., a New York Corporation, and DOES 1-50, inclusive,**<br><br>**Defendant.** | Case No. CV 09-03683-MHP<br><br>**STIPULATION EXTENDING DEADLINES** |

Pursuant to Local Rules 6-1(b) and 7-12, Plaintiff Lee Kemp ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate and request as follows:

---

Stipulation to Extend Deadlines

Case No. CV 09-03683-MHP

1    WHEREAS, on November 23, 2009, the Court entered an Order After Hearing (the
2    "Order") requiring that the parties complete private ADR by April 30, 2010;
3    WHEREAS, the Order provided that if ADR failed, Defendant must move, plead, or
4    otherwise respond to the First Amended Complaint within ten days;
5    WHEREAS, the parties require additional time to discuss the case prior to the deadline to
6    complete private ADR;
7    WHEREAS, the parties also agree that Defendant shall therefore have additional time to
8    answer, move or otherwise respond to the First Amended Complaint;
9    WHEREAS, such extensions will not alter the date of any other event or deadline already
10   fixed by the Court;
11   WHEREAS, the only prior time modification was the Court's extension of Defendant's
12   deadline to respond to the First Amended Complaint.
13   IT IS HEREBY STIPULATED by and between the parties, through their respective
14   counsel:
15       1.   The deadline to complete private ADR is extended until May 31, 2010; and
16       2.   Defendant shall have until June 30, 2010, to move, plead, or otherwise respond to
17   the First Amended Complaint.
18   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
19   "conformed" signature (/S/) within this efiled document.
20   **IT IS SO STIPULATED.**
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

Dated: April 29, 2010                          JONES DAY

                                               By:  /S/
                                                    Catherine S. Nasser
                                                    Attorneys for Defendant
                                                    INTERNATIONAL BUSINESS
                                                    MACHINES CORPORATION

Dated: April 29, 2010                          THIERMAN LAW FIRM, PC

                                               By:  /S/
                                                    Mark R. Thierman
                                                    Attorneys for Plaintiff
                                                    LEE KEMP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __4/30_____, 2010

_____
Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED

SFI-640240v2

Stipulation to Extend Deadlines

- 3 -

Case No. CV 09-03683-MHP