| | |
|---|---|
| Catherine Nasser (State Bar No. 246191)<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone:   (415) 626-3939<br>Facsimile:    (415) 875-5700<br>Email: cnasser@jonesday.com<br><br>Matthew W. Lampe (admitted *pro hac vic*e)<br>mwlampe@jonesday.com<br>Wendy C. Butler (admitted *pro hac vice*)<br>wbutler@jonesday.com<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br><br>Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION | Mark R. Thierman Cal SB# 72913<br>THIERMAN LAW FIRM, PC<br>7287 Lakeside Drive<br>Reno, Nevada  89511<br>Tel:  (775) 284-1500<br><br>Scott A. Miller, Esq., SB # 230322<br>LAW OFFICE OF SCOTT A. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd. Suite 645<br>Encino, CA 91436<br>Tel.:  (818) 788-8081<br><br>Steven L. Miller, Esq., SB # 106023<br>LAW OFFICE OF STEVEN L. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd. Suite 645<br>Encino, CA 91436<br>Tel.:  (818) 986-8900<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,**<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORP., a New York Corporation, and DOES 1-50, inclusive,**<br><br>**Defendant.** | **Case No. CV 09-03683-MHP**<br><br>**STIPULATION EXTENDING DEADLINES** |

Pursuant to Local Rules 6-1(b) and 7-12, Plaintiff Lee Kemp ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate and request as follows:

1  WHEREAS, on November 23, 2009, the Court entered an Order After Hearing requiring
2  that the parties complete private ADR by April 30, 2010;

3  WHEREAS, the Court's November 23, 2009 Order provided that if ADR failed,
4  Defendant must move, plead, or otherwise respond to the First Amended Complaint within ten
5  days;

6  WHEREAS, on April 30, 2010, the Court entered an Order extending the deadline to
7  complete private ADR until May 31, 2010;

8  WHEREAS, the Court's April 30, 2010 Order provided that if ADR failed, Defendant
9  must move, plead, or otherwise respond to the First Amended Complaint by June 30, 2010;

10  WHEREAS, the parties require additional time to discuss the case prior to the deadline to
11  complete private ADR;

12  WHEREAS, the parties also agree that Defendant shall therefore have additional time to
13  answer, move or otherwise respond to the First Amended Complaint;

14  WHEREAS, such extensions will not alter the date of any other event or deadline already
15  fixed by the Court;

16  WHEREAS, the only prior time modifications were the Court's September 25, 2009 and
17  April 30, 2010 extensions of Defendant's deadline to respond to the First Amended Complaint
18  and the Court's April 30, 2010 extension of the ADR deadline.

19  IT IS HEREBY STIPULATED by and between the parties, through their respective
20  counsel:

21  1.  The deadline to complete private ADR is extended until August 2, 2010; and
22  2.  Defendant shall have until September 1, 2010, to move, plead, or otherwise
23  respond to the First Amended Complaint.

24

25  **IT IS SO STIPULATED.**
26  / / /
27  / / /
28

Dated: June 2, 2010                    JONES DAY


                                       By:   /S/ Catherine S. Nasser
                                             Catherine S. Nasser
                                             Attorneys for Defendant
                                             INTERNATIONAL BUSINESS
                                             MACHINES CORPORATION


Dated: June 2, 2010                    LAW OFFICE OF SCOTT A. MILLER


                                       By:   /S/ Scott A. Miller
                                             Scott A. Miller
                                             Attorneys for Plaintiff
                                             LEE KEMP


**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: June 2, 2010                    JONES DAY


                                       By: /S/ Catherine S. Nasser
                                           Catherine S. Nasser
                                           Attorneys for Defendant
                                           INTERNATIONAL BUSINESS
                                           MACHINES CORPORATION


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: __June 3_____, 2010

                                       _____
                                       Honorable M[...]
                                       United States [...]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*

SFI-642672v1