Matthew W. Lampe (admitted *pro hac vice*)
mwlampe@jonesday.com
Wendy C. Butler (admitted *pro hac vice*)
wbutler@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Mark D. Kemple (State Bar No. 145219)
mkemple@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**INTERNATIONAL BUSINESS MACHINES CORP., a New York Corporation, and DOES 1-50, inclusive,**<br><br>**Defendant.** | **Case No. CV 09-03683-MHP**<br><br>**DECLARATION OF PAMELA CARROLL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**<br><br>Date:      October 18, 2010<br>Time:      2:00 p.m.<br>Ctrm:      15<br>Before:   Hon. Marilyn Hall Patel |

I, Pamela Carroll, declare and state as follows:

1.      I am employed by International Business Machines Corporation ("IBM" or the "Company") in the position of Incentive Process Manager. The following is based on my personal knowledge or upon my review of Company records maintained in the ordinary course of business and, if called upon to do so, I could and would testify competently thereto.

2.      In my position with IBM, I am responsible for, among other things, working with IBM's HR teams to retrieve commission information, including incentive plan letters, from the database in which that information is maintained, called the Field Management System (FMS). This system provides IBM's sales representatives, such as Lee Kemp, with their incentive plan letters, and other commission information. The Company's sales representatives use the FMS system to review and accept their incentive plan letters.

3.      Exhibit A of this Declaration is a true and accurate copy of the incentive plan letter that Lee Kemp received for the first half of 2008, which was accepted by Mr. Kemp through the FMS system. Exhibit A is a true and accurate copy of the document that is currently maintained in the FMS system, although, as noted, the Territory Details section has been omitted.

4.      Exhibit B of this Declaration is a true and accurate copy of the incentive plan letter that Lee Kemp received for the second half of 2008, which was accepted by Mr. Kemp through the FMS system. Exhibit B is a true and accurate copy of the document that is currently maintained in the FMS system, although, as noted, the Territory Details section has been omitted.

5.      Exhibits A and B are maintained in the regular and ordinary course of IBM's business as part of IBM's management of commission plans and acceptances.


This declaration is made in accordance with 28 U.S.C. § 1746 and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Atlanta, Georgia on September 1, 2010.

*Pamela Carroll*

Pamela Carroll

EXHIBIT A

Incentive plan letter >

# View letter

**IBM**
**Confidential**

Expand/Collapse all Territory/Measurement detail sections

Expand/Collapse all Territory/Measurement detail sections

Good Selling Lee!!!

# Letter dates/status:

Accepted date:                    08/01/2008
Status:                           Accepted
HR status:                        HR approved

# Employee details:

Incentive plan year:                          2008
Name:                                         LEE A. KEMP
Serial number:                                6D5861
Country:                                      897 - UNITED STATES
Organization:                                 SSW - Software Group
Business unit:                                WSWP - SSW/Sales/West/Pacific NW
Department:                                   ZZWA
First plan date of current year:              01/01/2008
Manager of eligible employee - Name:          Scott Laframboise
Manager of eligible employee - Serial:        7A8468
Manager of eligible employee - Cty:           897 - UNITED STATES
Manager of eligible employee - Second level:  Dennis J Dresser/San Francisco/IBM@IBMUS

Role:                             1H Rep Data Services
Role level:                       Eligible employee
Assigned coverage model:          ALAC - ALIGNED ACCOUNTS
Coverage id:
Preferred route to market:        TP - Partially Dedicated to Top Accounts

# Plan details:

| | | | |
|---|---|---|---|
| Plan start date: | 01/01/2008 | Plan end date: | 30/06/2008 |
| Plan type/name: | SW044 - Incentive Plan | | |
| Plan calc type: | % of TI | | |
| Plan length: | Semi-Annual | | |
| Base pay %: | 54.67 | Target incentive %: | 45.33 |
| OTE %: | 150.00 | Full plan/assigned: | F |

## Incentive element details:

| | | | | |
|---|---|---|---|---|
| PRI | | | | Ind/ |
| Revenue | | | | Small team/ |
| Revenue | | | | Large team: |
| | | | | Currency Ind: |
| Weight: | | 85.00 % of TI | | I |
| Main / overlay: | | P | | P |
| Measurable via system: | | | | |

Total quota: 750,000.00

Measurement definition category: Revenue

Territory description in English: Bay Area I/A Accounts

**Territory Detail for: Revenue**
**Territory Detail for: Revenue**
**Territory Detail for: Revenue**

Territo Territory details
ry set
ID

| | | |
|---|---|---|
| AG897 | **Set name:** | KEMP SET |
| EWSW | **Set percent:** | 100.00 |
| P6D58 | **Or-Incl/And-Incl/Excl:** | O |
| 6101 | **Subset ID:** | AG897CWSWP6D586101 |
| | **Subset name:** | KEMP GREEN DOLLAR |
| | **Subset percent:** | 100.00 |
| | **Or-Incl/And-Incl/Excl:** | O |

| Terr type | Terr Op | Terr data | Incl/ Excl |
|---|---|---|---|
| ACTION_CODE | = | GADTFL | E |
| ACTION_CODE | = | GBATFL | E |
| COVERAGE_ID | = | 0000033 | E |
| COVERAGE_TYPE | = | A | E |
| COVERAGE_TYPE | = | I | — |
| CTRYNUM | = | 897 | — |
| CTRYNUM | = | 912 | — |
| CUST_CTRY_USE3 | = | 1049377 | I |
| CUST_CTRY_USE3 | = | 1054010 | I |
| CUST_CTRY_USE3 | = | 1059230 | I |
| CUST_CTRY_USE3 | = | 1072228 | I |
| CUST_CTRY_USE3 | = | 1081525 | I |
| CUST_CTRY_USE3 | = | 1082853 | I |
| CUST_CTRY_USE3 | = | 1084630 | I |
| CUST_CTRY_USE3 | = | 1087004 | I |

TERRITORY DETAIL PAGES OMITTED

REV&PROFIT

**Subset percent:** 100.00
**Or-Incl/And-Incl/Excl:** E

**WWM0 Set name:** WW SSW Measurement # 01006
1006
**Set percent:** 100.00
**Or-Incl/And-Incl/Excl:** D
**Subset ID:** WWMCLMDEFAULT
**Subset name:** WWMCLMDEFAULT
**Subset percent:** 100.00
**Or-Incl/And-Incl/Excl:** O

| Terr type | Terr Op | Terr data | Incl/ Excl |
|---|---|---|---|
| ACCT_YR | = | 2008 | I |
| SYS_FILE_TYPE | = | MANADJ | I |
| SYS_ID | = | MCLM | I |

**Measurement detail for: Revenue**
**Measurement detail for: Revenue**
**Measurement detail for: Revenue**

| Meas type | Inv min amount | Inv max amount | Payment Indc |
|---|---|---|---|
| A/R LOOK BACK | Not limited by line item amount | Not limited by line item amount | Y |
| MANUAL REVENUE MEASUREMENTS | Not limited by line item amount | Not limited by line item amount | Y |
| FIW-MC REV1 | Not limited by line item amount | Not limited by line item amount | Y |
| FIW-MC REV2 | Not limited by line item amount | Not limited by line item amount | Y |
| END USER CREDIT | Not limited by line item amount | Not limited by line item amount | Y |
| A/R DELINQUENCY INFORMATION | Not limited by line item amount | Not limited by line item amount | N |
| CMA | Not limited by line item amount | Not limited by line item amount | Y |
| BLUE DOLLARS | Not limited by line item amount | Not limited by line item amount | Y |

6TH
Challenges
Challenges

Weight:

15.00 % of TI

# OTHER IMPORTANT INFORMATION

**Right to Modify or Cancel:** The Incentive Plan to which you have been assigned has been explained to you by your IBM manager and is also described on the IBM worldwide internal Incentive Plan Website: *http://w3.ibm.com/hr/global/incentives/* ("Plan"). Within this Website you may use various links to view both IBM worldwide information and information provided by your local country or business unit. The Plan does not constitute an express or implied contract or a promise by IBM to make any distributions under it. IBM reserves the right to adjust the Plan terms (including but not limited to any quotas or similar performance objectives, or to target incentives or similar earnings opportunities) or to cancel the Plan, for any individual or group of individuals, at any time during the Plan period up until any related payments have been earned under the Plan terms. Because of the need for confidentiality, decisions regarding changes to IBM's programs, practices, or policies are generally not discussed or evaluated below the highest levels of management. Managers and their representatives below such levels do not know whether IBM will or will not change or adopt any particular compensation plan; nor are they in a position to advise any employee on, or speculate about, future plans. Employees should make no assumptions about the impact potential Plan changes may have on their personal situations unless and until any such changes are formally announced by IBM.

**Plan-to-Date Payments:** You have been assigned sales or services performance quotas or similar performance objectives; in some cases these will be aligned with your own individual performance results and in some cases they will be aligned with your contribution to performance results by a larger team or organization with which you are affiliated. The Plan design assumes that your performance results will not be complete until the last day of the full-Plan period. Regardless of the start date of your assignment to a Plan, for semiannual Plans the full-Plan period ends on the last day of month six (June for the first half of the year and December for the second half of the year); for annual Plans the full-Plan period ends on the last day of month twelve (December). Measurement of your achievement requires complete, final, and accurate business results which become available only after the completion of the applicable full-Plan period. Incentive payments you may receive for Plan-to-Date achievement (before the full-Plan period and its business results are complete) are a form of advance payment based on incomplete business results. As each month's or quarter's business results become available, your Plan-to-Date achievement against your full-Plan performance objectives will be updated and the amount of your Plan-to-Date advance payments will be recalculated in accordance with the payment methodology applicable to your Plan type. Deductions for overpayments or reversed achievement may be made from any such Plan-to-Date advance payments until the full-Plan payments are earned under the Plan terms after the full-Plan period and its business results are complete. An example of a deduction for reversed achievement would be if a customer cancels a

contract or fails to pay the invoice for a transaction which previously created incentive achievement that resulted in an advance payment.

**Bonus Payments:** For those incentive elements where advance payments are made during the Plan period from a bonus pool funded in relation to business results from a larger team or organization with which you are affiliated, IBM management will determine, in its sole discretion, the amounts of any such bonus payments and which employees, if any, will receive them. This determination will be based on IBM management's assessment of employees' individual performances, including their contributions toward the success of business results for the larger team or organization.

**Full-Plan Earnings:** Regardless of your start date, your incentive payments, whether related to your individual performance results only or related to your contribution to performance results by a larger team or organization, are earned and are no longer considered advance payments at the end of the full-Plan period and after the measurement of complete business results, provided the following conditions have been met: (1) you have complied with the Incentive Plan, the Business Conduct Guidelines and other IBM policies; (2) you have not engaged in any fraud or misrepresentation relating to any of your business transactions or incentives; and (3) the customer has paid the invoice for the sales or services transaction related to your incentive.

**Significant Transactions:** IBM Management reserves the right to review and, in its sole discretion, adjust (1) achievement measurement credit and related payments for large individual transactions which are disproportionate in relation to the territory opportunity information used to plan and set your quota size or similar performance objectives; (2) payments which are disproportionately large when compared to your contribution toward the business transactions related to those payments.

**Adjustments for Errors:** IBM reserves the right to review and, in its sole discretion, adjust or require repayment of incorrect incentives payments resulting from incomplete incentives processes or other errors in calculations.

**Progress Reports:** Any information regarding Plan-to-Date achievement that may be made available to you before the completion of the full-Plan period is provided for informational purposes only, and does not constitute a promise by IBM to make any specific distributions to you or to any other employee.

**Applicability:** In the event any provision of this Disclaimer is held to be invalid or unenforceable, the remaining provisions of this Disclaimer remain in full force and effect.

**END OF DISCLAIMER**

🖨Print
version

EXHIBIT B

# View letter

IBM
Confidential

Expand/Collapse all Territory/Measurement detail sections
Expand/Collapse all Territory/Measurement detail sections

## Letter dates/status:

| | |
|---|---|
| Accepted date: | 22/07/2008 |
| Status: | Accepted |
| HR status: | HR approved |

## Employee details:

| | |
|---|---|
| Incentive plan year: | 2008 |
| Name: | LEE A. KEMP |
| Serial number: | 6D5861 |
| Country: | 897 - UNITED STATES |
| Organization: | SSW - Software Group |
| Business unit: | WSWP - SSW/Sales/West/Pacific NW |
| Department: | ZZWA |
| First plan date of current year: | 01/01/2008 |
| Manager of eligible employee - Name: | Scott Laframboise |
| Manager of eligible employee - Serial: | 7A8468 |
| Manager of eligible employee - Cty: | 897 - UNITED STATES |
| Manager of eligible employee - Second level: | Dennis J Dresser/San Francisco/IBM@IBMUS |
| Role: | Rep 2H Data Mgmt w/Warehouse |
| Role level: | Eligible employee |
| Assigned coverage model: | INAC - INTEGRATED ACCOUNTS |
| Coverage id: | |
| Preferred route to market: | TA - Dedicated to Top Accounts |

# Plan details:

| | | | |
|---|---|---|---|
| Plan start date: | 01/07/2008 | Plan end date: | 31/12/2008 |
| Plan type/name: | SW540 - Incentive Plan | | |
| Plan calc type: | % of TI | | |
| Plan length: | Semi-Annual | | |
| Base pay %: | 54.67 | Target incentive %: | 45.33 |
| OTE %: | 150.00 | Full plan/assigned: | F |

## Incentive element details:

| | | Ind/ Small team/ Large team: Currency Ind: | |
|---|---|---|---|
| PRI Revenue Revenue | | | |
| Weight: | 85.00 % of TI | | I |
| Main / overlay: | P | | P |
| Measurable via system: | | | |
| Total quota: | | | 3,847,000.00 |
| Measurement definition category: | | | Revenue |
| Territory description in English: | Cisco and State of CA Data Management Only | | |

Territory Detail for: Revenue
Territory Detail for: Revenue
Territory Detail for: Revenue

Territo Territory details
ry set
ID

| | | |
|---|---|---|
| **Set name:** | AG897 | KEMP SET 2H |
| **Set percent:** | EWSW | 100.00 |
| **Or-Incl/And-Incl/Excl:** | P6D58 | O |
| **Subset ID:** | 6121 | AG897CWSWP6D586121 |
| **Subset name:** | | KEMP GREEN 2H |
| **Subset percent:** | | 100.00 |
| **Or-Incl/And-Incl/Excl:** | | O |

| Terr type | Terr Op | Terr data | Incl/ Excl |
|---|---|---|---|
| ACTION_CODE | = | GADTFL | E |
| ACTION_CODE | = | GBATFL | E |
| CKR_AFFILIATE_NBR | = | 0015864 | I |
| CKR_AFFILIATE_NBR | = | 0104622 | I |
| CKR_AFFILIATE_NBR | = | 0104862 | I |
| CKR_AFFILIATE_NBR | = | 0106565 | I |
| CKR_AFFILIATE_NBR | = | 0107000 | I |
| CKR_AFFILIATE_NBR | = | 0136144 | I |
| CKR_AFFILIATE_NBR | = | 0173780 | I |
| CKR_AFFILIATE_NBR | = | 0302667 | I |
| CKR_AFFILIATE_NBR | = | 0498642 | I |
| CKR_AFFILIATE_NBR | = | 0523272 | I |
| CKR_AFFILIATE_NBR | = | 0553399 | I |
| CKR_AFFILIATE_NBR | = | 0598627 | I |
| CKR_AFFILIATE_NBR | = | 0635500 | I |
| CKR_AFFILIATE_NBR | = | 0639523 | I |
| CKR_AFFILIATE_NBR | = | 0723000 | I |
| CKR_AFFILIATE_NBR | = | 0797293 | I |
| CKR_AFFILIATE_NBR | = | 0840543 | I |
| CKR_AFFILIATE_NBR | = | 0844000 | I |
| CKR_AFFILIATE_NBR | = | 0852700 | I |
| CKR_AFFILIATE_NBR | = | 0913813 | I |
| CKR_AFFILIATE_NBR | = | 0928708 | I |
| CKR_AFFILIATE_NBR | = | 0939000 | I |
| CKR_AFFILIATE_NBR | = | 0969100 | I |
| CKR_AFFILIATE_NBR | = | 0990400 | I |
| CKR_AFFILIATE_NBR | = | 1001147 | I |

TERRITORY DETAIL PAGES OMITTED

Subset percent:          100.00
Or-Incl/And-Incl/Excl:   O

<u>Measurement detail for: Revenue</u>
<u>Measurement detail for: Revenue</u>
<u>Measurement detail for: Revenue</u>

| Meas type | Inv min amount | Inv max amount | Payment indc |
|---|---|---|---|
| A/R LOOK BACK | Not limited by line item amount | Not limited by line item amount | Y |
| MANUAL REVENUE MEASUREMENTS | Not limited by line item amount | Not limited by line item amount | Y |
| FIW-MC REV1 | Not limited by line item amount | Not limited by line item amount | Y |
| FIW-MC REV2 | Not limited by line item amount | Not limited by line item amount | Y |
| END USER CREDIT | Not limited by line item amount | Not limited by line item amount | Y |
| A/R DELINQUENCY INFORMATION | Not limited by line item amount | Not limited by line item amount | N |
| CMA | Not limited by line item amount | Not limited by line item amount | Y |
| BLUE DOLLARS | Not limited by line item amount | Not limited by line item amount | Y |

Weight:                  15.00 % of TI

6TH
Challenges
Challenges

# OTHER IMPORTANT INFORMATION

**Right to Modify or Cancel:** The Incentive Plan to which you have been assigned has been explained to you by your IBM manager and is also described on the IBM worldwide internal Incentive Plan Website: *http://w3.ibm.com/hr/global/incentives/* ("Plan"). Within this Website you may use various links to view both IBM worldwide information and information provided by your local country or business unit. The Plan does not constitute an express or implied contract or a promise by IBM to make any distributions under it. IBM reserves the right to adjust the Plan terms (including but not limited to any quotas or similar performance objectives, or to target incentives or similar earnings opportunities) or to cancel the Plan, for any individual or group of individuals, at any time during the Plan period up until any related payments have been earned under the Plan terms. Because of the need for confidentiality, decisions regarding changes to IBM's programs, practices, or policies are generally not discussed or evaluated below the highest levels of management. Managers and their representatives below such levels do not know whether IBM will or will not change or adopt any particular compensation plan; nor are they in a position to advise any employee on, or speculate about, future plans. Employees should make no assumptions about the impact potential Plan changes may have on their personal situations unless and until any such changes are formally announced by IBM.

**Plan-to-Date Payments:** You have been assigned sales or services performance quotas or similar performance objectives; in some cases these will be aligned with your own individual performance results and in some cases they will be aligned with your contribution to performance results by a larger team or organization with which you are affiliated. The Plan design assumes that your performance results will not be complete until the last day of the full-Plan period. Regardless of the start date of your assignment to a Plan, for semiannual Plans the full-Plan period ends on the last day of month six (June for the first half of the year and December for the second half of the year); for annual Plans the full-Plan period ends on the last day of month twelve (December). Measurement of your achievement requires complete, final, and accurate business results which become available only after the completion of the applicable full-Plan period. Incentive payments you may receive for Plan-to-Date achievement (before the full-Plan period and its business results are complete) are a form of advance payment based on incomplete business results. As each month's or quarter's business results become available, your Plan-to-Date achievement will be recalculated in accordance with the payment methodology applicable to your Plan type. Deductions for overpayments or reversed achievement performance objectives will be updated and the amount of your Plan-to-Date achievement against your full-Plan may be made from any such Plan-to-Date advance payments until the full-Plan payments are earned under the Plan terms after the full-Plan period and its business results are complete. An example of a deduction for reversed achievement would be if a customer cancels a contract or fails to pay the invoice for a transaction which previously created incentive achievement that resulted in an advance payment.

**Bonus Payments:** For those incentive elements where advance payments are made during the Plan period from a bonus pool funded in relation to business results from a larger team or organization with which you are affiliated, IBM management will determine, in its sole discretion, the amounts of any such bonus payments and which employees, if any, will receive them. This determination will be based on IBM management's assessment of employees' individual performances, including their contributions toward the success of business results for the larger team or organization.

**Full-Plan Earnings:** Regardless of your start date, your incentive payments, whether related to your individual performance results only or related to your contribution to performance results by a larger team or organization, are earned and are no longer considered advance payments at the end of the full-Plan period and after the measurement of complete business results, provided the following conditions have been met: (1) you have complied with the Incentive Plan, the Business Conduct Guidelines and other IBM policies; (2) you have not engaged in any fraud or misrepresentation relating to any of your business transactions or incentives; and (3) the customer has paid the invoice for the sales or services transaction related to your incentive.

**Significant Transactions:** IBM Management reserves the right to review and, in its sole discretion, adjust (1) achievement measurement credit and related payments for large individual transactions which are disproportionate in relation to the territory opportunity information used to plan and set your quota size or similar performance objectives; (2) payments which are disproportionately large when compared to your contribution toward the business transactions related to those payments.

**Adjustments for Errors:** IBM reserves the right to review and, in its sole discretion, adjust or require repayment of incorrect incentives payments resulting from incomplete incentives processes or other errors in calculations.

**Progress Reports:** Any information regarding Plan-to-Date achievement that may be made available to you before the completion of the full-Plan period is provided for informational purposes only, and does not constitute a promise by IBM to make any specific distributions to you or to any other employee.

**Applicability:** In the event any provision of this Disclaimer is held to be invalid or unenforceable, the remaining provisions of this Disclaimer remain in full force and effect.

**END OF DISCLAIMER**

🖨️Print
version

FMS build 7.0 (7.0.5.2)