GREENBERG TRAURIG, LLP
MARK DAVID KEMPLE (SBN 145219)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  mkemple@gtlaw.com
Former JONES DAY attorney for Defendant
International Business Machines Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORP., a New York corporation, and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 3:09-cv-03683-EMC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3      I, David Mark Kemple, am no longer associated with the law firm of JONES
4  DAY, counsel of record in this matter for Defendant, International Business Machines
5  Corp., which continues to represent International Business Machines Corp. by four other
6  JONES DAY attorneys whose names and contact information has not changed.
7      I hereby withdraw from being associated as a JONES DAY named attorney in this
8  matter, and ask that all CM/ECF contacts for me be deleted.

10  DATED: August 26, 2011        GREENBERG TRAURIG, LLP

12  By _____
    Mark David Kemple

    Former JONES DAY Attorney for Defendant,
    International Business Machines Corp.

1

Notice of Change in Counsel

LA 129,808,960v1