| | |
|---|---|
| Catherine Nasser, SB # 246191<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone:     (415) 626-3939<br>Facsimile:      (415) 875-5700<br>Email: cnasser@jonesday.com<br><br>Matthew W. Lampe (admitted *pro hac vice*)<br>mwlampe@jonesday.com<br>Wendy C. Butler (admitted *pro hac vice*)<br>wbutler@jonesday.com<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br><br>Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION | Mark R. Thierman, SB # 72913<br>Joshua D. Buck SB # 258325<br>THIERMAN LAW FIRM, PC<br>7287 Lakeside Drive<br>Reno, Nevada  89511<br>Tel:  (775) 284-1500<br><br>Scott A. Miller, Esq., SB # 230322<br>LAW OFFICE OF SCOTT A. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd. Suite 645<br>Encino, CA 91436<br>Tel.:  (818) 788-8081<br><br>Steven L. Miller, Esq., SB # 106023<br>LAW OFFICE OF STEVEN L. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd. Suite 645<br>Encino, CA 91436<br>Tel.:  (818) 986-8900<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**INTERNATIONAL BUSINESS MACHINES CORP., a New York Corporation, and DOES 1-50, inclusive,**<br><br>    **Defendant.** | **Case No. CV 09-03683-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES** |

1  Pursuant to Local Rules 6-1(b) and 7-12, Plaintiff Lee Kemp ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate and request as follows:

WHEREAS, on July 15, 2011, the Court entered an Order setting the following case schedule:

a. November 1, 2011: Class Certification Discovery Closes;

b. December 15, 2011: Class Certification and Summary Judgment Motions Due;

c. January 31, 2012: Oppositions to Class Certification and Summary Judgment Motions Due;

d. February 15, 2012: Reply Briefs in Support of Class Certification and Summary Judgment Motions Due; and

e. March 2, 2012 at 1:30 PM: Hearing on Class Certification and Summary Judgment Motions.

WHEREAS, the parties have been working in good faith to resolve discovery issues and to complete discovery by the November 1, 2011 deadline; however, the parties agree that they require additional time;

WHEREAS, the parties request that the dates reflected above be extended to provide the parties 30 days of additional discovery before briefing of class certification and summary judgment as to Plaintiff's individual claims;

WHEREAS, other than extending each of the deadlines above by 30 days, such extensions will not alter the date of any other event or deadline already fixed by the Court;

WHEREAS, the only prior time modifications were the Court's September 25, 2009 and April 30, 2010 extensions of Defendant's deadline to respond to the First Amended Complaint, the Court's April 30, 2010 and June 3, 2010 extensions of the ADR deadline, and the Court's July 15, 2011 extension of the case schedule deadlines.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

All deadlines in paragraph 9 of the Court's July 15, 2011 Order will be extended as follows:

    a. December 1, 2011: Class Certification Discovery Closes

    b. January 13, 2012: Class Certification and Summary Judgment Motions Due

    c. March 2, 2012: Oppositions to Class Certification and Summary Judgment Motions Due

    d. March 16, 2012: Reply Briefs in Support of Class Certification and Summary Judgment Motions Due

    e. March 30, 2012 at 1:30 PM: Hearing on Class Certification and Summary Judgment Motions.

**IT IS SO STIPULATED.**

Dated: October 5, 2011                                  JONES DAY

                                                                             By: /s/ Catherine S. Nasser
                                                                                   Catherine S. Nasser
                                                                                    Attorneys for Defendant
                                                                                    INTERNATIONAL BUSINESS
                                                                                   MACHINES CORPORATION

Dated: October 5, 2011                                  THIERMAN LAW FIRM, PC

                                                                             By: /s/ Joshua D. Buck
                                                                                   Joshua D. Buck
                                                                                  Attorneys for Plaintiff
                                                                                  LEE KEMP

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

1 | Dated: October 5, 2011     JONES DAY

By: /S/ Catherine S. Nasser
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __10/6__, 2011

_____
Honorable
United Sta...

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SFI-713108v1

---

Stipulation and [Proposed] Order to Extend Deadlines     - 4 -     Case No. CV 09-03683-EMC