| | |
|---|---|
| Catherine S. Nasser, SB# 246191<br>cnasser@JonesDay.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 636-3939<br>Facsimile: (415) 875-5700<br><br>Matthew W. Lampe (admitted *pro hac vice*)<br>mwlampe@JonesDay.com<br>Wendy C. Butler (admitted *pro hac vice*)<br>wbutler@JonesDay.com<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br><br>Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES | Mark R. Thierman, SB# 72913<br>Joshua D. Buck SB #258325<br>THIERMAN LAW FIRM, P.C.<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br><br>Scott A. Miller, Esq., SB# 230322<br>LAW OFFICE OF SCOTT A. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd., Suite 645<br>Encino, CA 91436<br>Tel.: (828) 788-8081<br><br>Steven L. Miller, Esq., SB# 106023<br>LAW OFFICE OF STEVEN L. MILLER<br>A Professional Corporation<br>16133 Ventura Blvd., Suite 645<br>Encino, CA 91436<br>Tel.: (828) 986-9800<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LEE KEMP, individually and on behalf of all others similarly situated, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorney General Act,,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP., a New York Corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. CV 09-03683-EMC<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by stipulation of counsel for all parties who have appeared in the action, plaintiff Lee Kemp hereby dismisses the above-captioned action, with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: November 29, 2011        JONES DAY

By: /s/ Matthew W. Lampe
Matthew W. Lampe

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES

Dated: November 22, 2011        THIERMAN LAW FIRM, P.C.

By: /s/ Joshua D. Buck
Joshua D. Buck

Attorney for Plaintiff

NYI-4407333v3

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (seal, United States District Court, Northern District of California)

NYI-NYI_4407333_3_Kemp v. IBM - Settlement Agreement (2)

- 2 -

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE